**IT IS ORDERED as set forth below:**



**Date: December 17, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ARC Management Group, LLC<br><br>　　Debtor. | CASE NO. 23-61742-BEM<br><br>CHAPTER 7 |
| S. Gregory Hays, as Chapter 7 Trustee for ARC Management Group, LLC<br><br>　　Plaintiff,<br><br>v.<br><br>William D. Wilson, ABI Holding, LLC and John Does 1 – 10,<br><br>　　Defendants. | ADVERSARY PROCEEDING NO. 25-05165-BEM |

## SCHEDULING ORDER

On November 18, 2025, the parties filed a Report of Rule 26(f) Conference. [Doc. 14]. It is ORDERED that the deadlines in the Report are approved and are incorporated herein as the scheduling order for this proceeding.

**END OF ORDER**

## Distribution List

S. Gregory Hays, As Chapter 7 Trustee For
ARC Management Group, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

William D Wilson
12655 Old Surrey Place
Roswell, GA 30075

Thomas Colin Wooldridge
Wooldridge Defense Firm
Ste 300
1800 Peachtree Street NW
Atlanta, GA 30309

ABI Holding, LLC
John David, Reg. Agent
Suite 500
1825 Barrett Lakes Blvd.
Kennesaw, GA 30144