IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CHAPTER 7 |
| Debtor. | : | Case No. 23-61742 - BEM |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 | : | |
| TRUSTEE FOR ARC MANAGEMENT | : | |
| GROUP, LLC, DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 25-05165-bem |
| | : | |
| WILLIAM D. WILSON, ABI HOLDING, LLC, | : | |
| and JOHN DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

**THIRD CONSENT MOTION TO EXTEND TIME FOR DISCOVERY AND RELATED
DEADLINES**

Plaintiff S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the Estate of ARC

Management Group, LLC, Debtor (the "**Plaintiff**"), and Defendants William D. Wilson and ABI

Holding, LLC (collectively, the "**Defendants**") in the above captioned adversary proceeding

(collectively, the "**Parties**"), by and through their undersigned counsel, hereby: 1) report that the

Parties have agreed to extend the time for discovery and related deadlines; and 2) file this *Third*

*Consent Motion to Extend Time for Discovery and Related Deadlines* (the "**Motion**") to move this

Court to enter an Order, substantially in the form as the order attached as **Exhibit A** hereto,

extending the time for discovery and related deadlines. In support thereof, the Parties state as

follows:

1.     The Court previously entered an *Order on Rule 26(F) Report* [Doc. No. 7] (the

"**Scheduling Order**") that incorporated the *Report of Rule 26(f) Conference* [Doc. No. 6] that was

filed by the Parties and approved the deadlines set forth in the Stipulation.

2.       The Scheduling Order authorized discovery to conclude on March 16, 2026 (the 26F Report stated discovery would go through March 15, but since March 15 is a Sunday the actual discovery period expires on March 16).

3.       On March 13, 2026, the Parties filed their *Consent Motion to Extend Time for Discovery and Related Deadlines* [Doc. No. 12] wherein the Parties requested that the deadlines set in the Scheduling Order be extended to provide that the time for conducting discovery be extended to and through April 30, 2026 and the deadline for filing dispositive motions be extended to and through June 1, 2026.   This Consent Motion was granted on March 25, 2026 [Doc. No. 14].

4.       On April 30, 2026, the Parties filed their *Second Consent Motion to Extend Time for Discovery and Related Deadlines* [Doc. No.15] wherein the Parties requested that the deadlines set in the Scheduling Order be extended to provide that the time for conducting discovery be extended to and through June 15, 2026 and the deadline for filing dispositive motions be extended to and through June 1, 2026.   This Second Consent Motion was granted on May 1, 2026 [Doc. No. 16].

5.       Since the entry of the Second Consent Order, the Trustee has received and reviewed documents from the Defendants.  However, the Trustee requires additional related documents in order to fully evaluate the information provided and prepare for a deposition of the Defendant to the extent the Defendant waives his Fifth Amendment Privilege.

6.       Prior to the deadline for the close of discovery, the Parties have stipulated and agreed that: a) the time for discovery shall be extended to through and including August 17, 2026

such that discovery shall now be completed by August 17, 2026, subject to modification by the Court with the consent of the Parties or for good cause shown; and b) the deadline for the filing of dispositive motions shall be extended to through and including September 17, 2026.

7.     This is the third extension of time requested by the Parties with regard to the period for discovery.  The Parties request this extension in order to have sufficient time to address and resolve several discovery disputes regarding the Interrogatories and Document Requests propounded upon the Defendants by the Trustee, to obtain additional records and information from the Defendants and then determine the extent to which the individual Defendant will testify regarding certain issues and to avoid motion practice with respect to such disputes.  Among the issues the parties are attempting to resolve are assertions of Fifth Amendment privileges by the individual Defendant.   The Parties believe that this extension will enable the Parties to either resolve these issues or present them in a more efficient manner to the Court and possibly further settlement discussions.  Except as otherwise expressly provided herein, nothing contained herein shall be deemed or construed as a waiver of any rights that the Parties may have to seek further extensions or any rights of other parties in interest to oppose such requests.

8.     Based on the foregoing, good cause exists for the relief requested in this Motion.

**WHEREFORE**, the Parties request that: 1) the Motion be granted; 2) the discovery period be extended to through and including August 17, 2026; 3) the deadline for the filing of dispositive motions shall be extended to through and including September 17, 2026; 4) the Court enter an Order in substantially the form as **Exhibit "A"** attached hereto; and 5) the Court  grant such other and further relief as is just and proper.

Respectfully submitted this 15th day of June, 2026.

| THOMAS C. WOOLDRIDGE DEFENSE FIRM | LAW OFFICES OF HENRY F. SEWELL, JR., LLC |
|---|---|
| By: */s/ Thomas C. Wooldridge*<br>    Thomas C. Wooldridge, Esq.<br>    Ga. Bar No.<br>    Attorney for Defendants<br>    1800 Peachtree Street, NW<br>    Suite 300<br>    Atlanta, Georgia 30309<br>    404-994-9021<br>    wooldridge@wjlawoffice.com | By:    */s/ Henry F. Sewell, Jr.*<br>Henry F. Sewell, Jr. Esq.<br>Georgia Bar Number 636265<br>Attorney for Plaintiff<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305<br>(404) 926-0053<br>hsewell@sewellfirm.com |

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CHAPTER 7 |
| Debtor. | : | Case No. 23-61742 - BEM |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 | : | |
| TRUSTEE FOR ARC MANAGEMENT | : | |
| GROUP, LLC, DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 25-05165-bem |
| | : | |
| WILLIAM D. WILSON, ABI HOLDING, LLC, | : | |
| and JOHN DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

**CONSENT ORDER GRANTING THIRD CONSENT MOTION TO EXTEND TIME FOR
DISCOVERY AND RELATED DEADLINES**

This matter came before the Court on the *Third Consent Motion to Extend Time for*

*Discovery and Related Deadlines* (the "**Motion**") that was filed by Plaintiff S. Gregory Hays, as

Chapter 7 Trustee (the "**Trustee**") for the Estate of ARC Management Group, LLC, Debtor (the

"**Plaintiff**"), and Defendants William D. Wilson and ABI Holding, LLC (collectively, the "**Defendants**") (collectively, the "**Defendants**") in the above captioned adversary proceeding (collectively, the "**Parties**") to request that the time for discovery and related deadlines be extended. The Parties having consented to the entry of this Order and the relief set forth herein as evidenced by the signatures of their counsel of record and the Motion having been read and considered and good and sufficient cause appearing for the relief granted herein, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the time to conduct and complete discovery is hereby extended to, through and including August 17, 2026 and the time for the filing of dispositive motions is extended to, through and including September 17, 2026; and it is

**FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

***END OF ORDER***

**PREPARED AND CONSENTED TO BY:**

| THOMAS C. WOOLDRIDGE DEFENSE FIRM <br><br> By: */s/ Thomas C. Wooldridge* <br> Thomas C. Wooldridge, Esq. <br> Ga. Bar No. <br> Attorney for Defendants <br> 1800 Peachtree Street, NW <br> Suite 300 <br> Atlanta, Georgia 30309 <br> 404-994-9021 <br> wooldridge@wjlawoffice.com | LAW OFFICES OF HENRY F. SEWELL, JR., LLC <br><br> By: */s/ Henry F. Sewell, Jr.* <br> Henry F. Sewell, Jr. Esq. <br> Georgia Bar Number 636265 <br> Attorney for Plaintiff <br> 2964 Peachtree Road NW <br> Suite 555 <br> Atlanta, GA 30305 <br> (404) 926-0053 <br> hsewell@sewellfirm.com |
|---|---|

## DISTRIBUTION LIST

| LAW OFFICES OF HENRY F. SEWELL, JR., LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305 | THOMAS C. WOOLDRIDGE DEFENSE FIRM<br>1800 Peachtree Street, NW<br> Suite 300<br> Atlanta, Georgia 30309 |
|---|---|