

**IT IS ORDERED as set forth below:**


**Date: June 15, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CHAPTER 7 |
| Debtor. | : | Case No. 23-61742 - BEM |
| | : | |
| S. GREGORY HAYS, AS CHAPTER 7 | : | |
| TRUSTEE FOR ARC MANAGEMENT | : | |
| GROUP, LLC, DEBTOR, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 25-05165-bem |
| | : | |
| WILLIAM D. WILSON, ABI HOLDING, LLC, | : | |
| and JOHN DOES 1 – 10, | : | |
| | : | |
| Defendants. | : | |

**CONSENT ORDER GRANTING THIRD CONSENT MOTION TO EXTEND TIME FOR
DISCOVERY AND RELATED DEADLINES**

This matter came before the Court on the *Third Consent Motion to Extend Time for
Discovery and Related Deadlines* (the "**Motion**") that was filed by Plaintiff S. Gregory Hays, as
Chapter 7 Trustee (the "**Trustee**") for the Estate of ARC Management Group, LLC, Debtor (the

"**Plaintiff**"), and Defendants William D. Wilson and ABI Holding, LLC (collectively, the "**Defendants**") (collectively, the "**Defendants**") in the above captioned adversary proceeding (collectively, the "**Parties**") to request that the time for discovery and related deadlines be extended. The Parties having consented to the entry of this Order and the relief set forth herein as evidenced by the signatures of their counsel of record and the Motion having been read and considered and good and sufficient cause appearing for the relief granted herein, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the time to conduct and complete discovery is hereby extended to, through and including August 17, 2026 and the time for the filing of dispositive motions is extended to, through and including September 17, 2026; and it is

**FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**\*\*\*END OF ORDER\*\*\***

**PREPARED AND CONSENTED TO BY:**

| THOMAS C. WOOLDRIDGE DEFENSE FIRM<br><br>By: */s/ Thomas C. Wooldridge*<br>    Thomas C. Wooldridge, Esq.<br>    Ga. Bar No.<br>    Attorney for Defendants<br>    1800 Peachtree Street, NW<br>    Suite 300<br>    Atlanta, Georgia 30309<br>    404-994-9021<br>    wooldridge@wjlawoffice.com | LAW OFFICES OF HENRY F. SEWELL, JR., LLC<br><br>By:    */s/ Henry F. Sewell, Jr.*<br>Henry F. Sewell, Jr. Esq.<br>Georgia Bar Number 636265<br>Attorney for Plaintiff<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305<br>(404) 926-0053<br>hsewell@sewellfirm.com |

2

**DISTRIBUTION LIST**

| LAW OFFICES OF HENRY F. SEWELL, JR., LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305 | THOMAS C. WOOLDRIDGE DEFENSE FIRM<br>1800 Peachtree Street, NW<br> Suite 300<br> Atlanta, Georgia 30309 |
|---|---|